NO. 07-05-0018-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 19, 2005

_____

ORLANDO ANTWONIE HARRIS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NO. 47,473-C; HONORABLE RICHARD DAMBOLD, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant Orlando Antwonie Harris's motion to dismiss in which he represents he no longer desires to prosecute this appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion bears appellant's signature.

No decision of this Court having been delivered to date, we grant the motion.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Don H. Reavis
Justice

Do not publish.